Case No: 13-27573 PM

To whom it may concern:

Change of Address: Mr. & Mrs. Talley

Old Address: 7248 Mahogany Drive, Unit
             Hyattsville, MD  20785-5823

New Address: 77 Harry S. Truman Drive
Apt.13
Largo, MD  20774

Case No. 13 27573 PM

FILED
2015 NOV 16  AM 11:58
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

*[signatures]*